UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYAD JERIES SALAMEH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Case No. 24-cv-05318-JSW <br><br> **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE TO FEBRUARY 14, 2025; ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** |

This matter is set for an Initial Case Management Conference on December 6, 2024, at 11:00 a.m. The parties did not file a Joint Case Management Statement, which was due on Friday, November 29, 2024. (*See* Dkt. No. 5, Initial Case Management Scheduling Order.) The Court CONTINUES the Initial Case Management Conference to Friday, February 14, 2025, at 11:00 a.m. A Joint Case Management Statement is due by Friday, February 7, 2025. Failure to submit a statement ahead of the continued Initial Case Management Conference may result in the Court unilaterally setting a scheduling order and/or an order to show cause why the case should not be dismissed for failure to prosecute.

Plaintiffs filed the Complaint in this action on August 16, 2024. (*See* Dkt. No. 1.) Service was due on Defendants by November 14, 2024. Plaintiffs have not filed proof of service nor sought an extension of time to effect service. Accordingly, the Court HERBEY ORDERS Plaintiffs to SHOW CAUSE, in writing, why the action should not be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m). Plaintiffs shall respond to this Order no later than December 18, 2024.

**IT IS SO ORDERED.**

Dated: December 4, 2024

JEFFREY S. WHITE
United States District Judge